# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV2013 CDP |
| | ) | |
| THE FEDERAL GOVERNMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Over the past ten weeks, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy against his family.[1] Plaintiff alleges that the government is "possessed" and "prejudiced" and is persecuting his family and attempting to murder them with "snake bags." He further complains that the "prejudiced white race," "prejudiced black race," and "other un-Godly Americans" are "murderers" and attempting to take the house his son gave to him.

---

[1] See *Warren v. Federal Gov't*, No. 4:13CV1996CDP (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1465 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1560 RWS (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1570 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1634 HEA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1643 AGF (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1780 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1878 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV1906 TIA (E.D. Mo. 2013); *Warren v. Federal Gov't,* No. 4:13CV1998 SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13CV2069 SPM (E.D. Mo. 2013).

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Government*, 4:13CV1878 CEJ (E.D. Mo.). This case is no different from his previous cases.

Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) ("judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed contemporaneously.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2013.